**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00202-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAMIRO ZARATE-NOYOLA,

      Defendant.

_____

**ORDER SETTING TRIAL DATE AND RELATED DEADLINES**
_____

This matter comes before the Court for the setting of a trial date and related

deadlines upon the entry of a Discovery Conference Memorandum and Order (ECF No.

10).  Accordingly, it is hereby ORDERED as follows:

A.     All pretrial motions shall be filed by no later than **June 15, 2011**.

Responses to these motions shall be filed by no later than **June 25, 2011**.  No reply

shall be permitted without prior leave of Court.  If a party believes an evidentiary hearing

on a pretrial motion is necessary, a written request for same must be made by no later

than the pretrial motion deadline;

B.     The Court will not consider any motion related to the disclosure or

production of discovery that is addressed by the Discovery Memorandum and Order

and/or Fed. R. Crim. P. 16, unless prior to filing the motion counsel for the moving party

has conferred or made reasonable, good-faith efforts to confer with opposing counsel in

an effort to resolve the disputed matter.  If the parties are unable to resolve the dispute,

the moving party shall state in the motion the specific efforts which were taken to comply with this Order to Confer.  Counsel for the moving party shall submit a proposed order with all motions, opposed and unopposed.  Opposed disclosure or discovery motions which do not demonstrate meaningful compliance with this Order to Confer will be stricken;

C.      Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the pretrial motion deadline, and any challenges to such experts shall be made by said deadline;

D.      Disclosures regarding rebuttal expert witnesses shall be made one week after the pretrial motion deadline, and any challenges to such rebuttal experts shall be made no later than two weeks after said deadline;

E.      Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.  Change of Plea Hearings will generally be set for the same time as the Final Trial Preparation Conference;

F.      A Final Trial Preparation Conference is hereby set for **June 30, 2011 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case must attend in person, except that Plaintiff's counsel located in Durango is permitted to appear via Video Conference.  Plaintiff's counsel is directed to contact the Court's Courtroom Deputy Deb Hansen at (303) 335-2102 prior to the Final Trial Preparation Conference to ensure any technical issues have been resolved prior to the Final Trial Preparation Conference.  All non-evidentiary motions not previously ruled on will be addressed at

the time of the Final Trial Preparation Conference.

G.     The parties shall also be prepared to address some or all of the following issues at the Final Trial Preparation Conference, as warranted by the facts and circumstances of the case: 1) jury selection; 2) sequestration of witnesses; 3) timing of presentation of witnesses and evidence; 4) anticipated evidentiary issues, including the need for scheduling of hearings outside the presence of the jury; 5) proposed *voir dire* questions; 6) stipulations as to fact or law; 7) whether a trial brief would be of assistance to the Court and, if so, as to what issues and of what length; and 8) any other issue affecting the duration or course of the trial.

H.     A **3-day** jury trial is hereby set to commence in the U.S. District Courthouse, Courtroom A601, 901 19th Street, Denver, Colorado, on **July 11, 2011 at 8:00 a.m.**

I.     Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

DATED this 25th day of May, 2011.

BY THE COURT:

William J. Martínez
United States District Judge